**REDACTED**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Criminal Action No. 07- 141 |
| | ) |
| RAHEEM JACKSON, | ) |
| | ) |
| Defendant. | ) |

### INDICTMENT



FILED
OCT 23 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

The Grand Jury for the District of Delaware charges that:

### COUNT ONE

On or about August 14, 2007, in the State and District of Delaware, Raheem Jackson, defendant herein, did knowingly possess in and affecting interstate and foreign commerce, a firearm, that is, a Mossberg Model #500AT shotgun, serial number G70434, after having been convicted on or about May 3, 2004, of a crime punishable by imprisonment for a term exceeding one year, in the Superior Court in and for New Castle County, Delaware, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

### COUNT TWO

On or about August 14, 2007, in the State and District of Delaware, Raheem Jackson, defendant herein, did knowingly possess in and affecting interstate and foreign commerce, ammunition, that is four rounds of 12 gauge ammunition, after having been convicted on or about May 3, 2004, of a crime punishable by imprisonment for a term exceeding one year, in the

Superior Court in and for New Castle County, Delaware, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT THREE

On or about August 14, 2007, in the State and District of Delaware, Raheem Jackson, defendant herein, did knowingly possess a firearm, that is, a short-barreled shotgun, namely a Mossberg Model #500AT shotgun, serial number G70434, not registered to him in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Sections 5861(d) and 5871.

## NOTICE OF FORFEITURE

Upon conviction of the offense alleged in Count One of this Indictment, defendant shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in the commission of the offense, including but not limited to the following: a Mossberg Model #500AT shotgun, serial number G70434 and ammunition.

A TRUE BILL:

_____
Foreperson

COLM F. CONNOLLY
United States Attorney

BY: _____
Lesley Frieder Wolf
Assistant United States Attorney

Dated: October 23, 2007