IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Action No. 07-141 |
| ) | |
| RAHEEM JACKSON ) | |
| ) | |
| Defendant. ) | |

### MOTION AND ORDER FOR BENCH WARRANT

NOW COMES the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Lesley F. Wolf, Assistant United States Attorney for the District of Delaware, and hereby moves this Honorable Court for the issuance of an arrest warrant against the defendant, Raheem Jackson, as a result of the Indictment returned against him on October 23, 2007



FILED
OCT 23 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

COLM F. CONNOLLY
United States Attorney

By: _____
Lesley F. Wolf
Assistant United States Attorney

Dated:  October 23, 2007

AND NOW, this 23rd day of October, 2007, upon the foregoing Motion,

**IT IS ORDERED** that a warrant issue for the arrest and apprehension of Raheem Jackson.

_____
Honorable Leonard P. Stark
United States Magistrate Judge