**REDACTED**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **REDACTED** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 07-141 |
| | ) | |
| RAHEEM JACKSON, | ) | |
| | ) | |
| Defendant. | ) | |

FILED
OCT 23 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

PETITION FOR WRIT OF
HABEAS CORPUS AD PROSEQUENDUM

Your Petitioner, the United States of America, by its attorneys, Colm Connolly, United States Attorney for the District of Delaware, and Lesley F. Wolf, Assistant United States Attorney for the District of Delaware, respectfully states:

1. On October 23, 2007, Raheem Jackson was indicted for Possession of a Firearm by a Felon, in violation of 18 U.S.C. § 922(g)(1), Possession of Ammunition by a Felon, in violation of 18 U.S.C. § 922(g)(1), and Possession of an Unregistered Firearm, in violation of 26 U.S.C. § 5861(d).

2. Raheem Jackson is currently a pretrial detainee on various State offenses. The defendant is detained at the Gander Hill Multi-Purpose Criminal Justice Facility, Wilmington, Delaware.

3. The defendant has not had an initial appearance in the District Court for the District of Delaware. A weekly schedule of Initial Appearances and Arraignments is scheduled for Thursday, October 25, 2007, at 1:00 p.m.

**WHEREFORE,** Petitioner prays that the Clerk of this Court be instructed to issue a Writ of Habeas Corpus Ad Prosequendum to the United States Marshal, District of Delaware, and to the Warden for Gander Hill Multi-Purpose Criminal Justice Facility, to bring the said defendant Raheem Jackson before this Court on October 25, 2007, at 1:00 p.m. for an Initial Appearance and to remain in the custody of the United States Marshal until the conclusion of these proceedings.

COLM F. CONNOLLY
United States Attorney

By: _____
Lesley F. Wolf
Assistant United States Attorney

Dated: October 23, 2007

**IT IS SO ORDERED** this 24th day of October, 2007.

_____
HONORABLE LEONARD P. STARK
United States Magistrate Court