## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | § |
| Plaintiff, | § |
| | § CRIMINAL ACTION NO. 07-141-UNA |
| v. | § |
| | § |
| RAHEEM JACKSON, | § |
| Defendant. | § |

### WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO: DAVID THOMAS, UNITED STATES MARSHAL, DISTRICT OF DELAWARE, WARDEN OF HOWARD R. YOUNG CORRECTIONAL INSTITUTE, WILMINGTON, DELAWARE

GREETINGS:

We command you that you do forthwith deliver and turn over to the United States Marshal for the District of Delaware, the said **RAHEEM JACKSON** who is now detained and imprisoned in the **HOWARD R. YOUNG CORRECTIONAL INSTITUTE** and who is a defendant in the above-entitled cause, in which cause the said **RAHEEM JACKSON** was charged with BEING A FELON IN POSSESSION OF A FIREARM, BEING A FELON IN POSSESSION OF AMMUNITION, AND POSSESSING OF AN UNREGISTERED FIREARM a violation of Title 18 U.S. Code, Section 922(g)(1), Title 18 U.S. Code, Section 922(g)(1), and 21 U.S. Code, Section 5861(d) for an **INITIAL APPEARANCE on THURSDAY, October 25, 2007 at 1:00 P.M.** and to remain in the custody of the U.S. Marshal until the federal charges are resolved.

And have you then and there this writ.

To the Marshal of the District of Delaware to execute.

WITNESS the Honorable Mary Pat Thynge, U.S. Magistrate Judge of the District Court of the United States for the District of Delaware, this 23rd day of October, 2007.

PETER T. DALLEO, CLERK

By: _____
Deputy Clerk

FILED OCT 23 2007 U.S. DISTRICT COURT DISTRICT OF DELAWARE