UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| | ) CASE NO. 07-141 UNA |
| vs. | ) ) |
| Raheem Jackson, | ) ) |
| Defendant. | ) |

**O R D E R**

The defendant, upon entering a plea of not guilty to the Indictment on 10/31/07 requested, through counsel, additional time to file pretrial motions. The Court having considered the request, it is **ORDERED** that the deadline for the defendant to file pretrial motions is extended until 12/3/07. The time between the date of this order and 12/3/07 shall be excludable under the Speedy Trial Act ( 18 U.S.C.3161,et seq.).

FILED
OCT 31 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

_____
Honorable Leonard P. Stark
U.S. Magistrate Judge

cc: Defense Counsel
    United States Attorney