AO 472 (Rev. 12/03) Order of Detention Pending Trial

# UNITED STATES DISTRICT COURT

District of _____

UNITED STATES OF AMERICA

V.

RAHEEM JACKSON,
*Defendant*

**ORDER OF DETENTION PENDING TRIAL**

Case Number:  07-141-UNA

In accordance with the Bail Reform Act, 18 U.S.C. § 3142(f), a detention hearing has been held. I conclude that the following facts require the detention of the defendant pending trial in this case.

### Part I—Findings of Fact

☐ (1) The defendant is charged with an offense described in 18 U.S.C. § 3142(f)(1) and has been convicted of a  ☐ federal offense  ☐ state or local offense that would have been a federal offense if a circumstance giving rise to federal jurisdiction had existed -  that is
   ☐ a crime of violence as defined in 18 U.S.C. § 3156(a)(4).
   ☐ an offense for which the maximum sentence is life imprisonment or death.
   ☐ an offense for which a maximum term of imprisonment of ten years or more is prescribed in _____
   _____ .*
   ☐ a felony that was committed after the defendant had been convicted of two or more prior federal offenses described in 18 U.S.C. § 3142(f)(1)(A)-(C), or comparable state or local offenses.
☐ (2) The offense described in finding (1) was committed while the defendant was on release pending trial for a federal, state or local offense.
☐ (3) A period of not more than five years has elapsed since the  ☐ date of conviction  ☐ release of the defendant from imprisonment for the offense described in finding (1).
☐ (4) Findings Nos. (1), (2) and (3) establish a rebuttable presumption that no condition or combination of conditions will reasonably assure the safety of (an) other person(s) and the community. I further find that the defendant has not rebutted this presumption.

### Alternative Findings (A)

☐ (1) There is probable cause to believe that the defendant has committed an offense
   ☐ for which a maximum term of imprisonment of ten years or more is prescribed in _____ .
   ☐ under 18 U.S.C. § 924(c).
☐ (2) The defendant has not rebutted the presumption established by finding 1 that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community.

### Alternative Findings (B)

☐ (1) There is a serious risk that the defendant will not appear.
X (2) There is a serious risk that the defendant will endanger the safety of another person or the community.

**FILED**

NOV – 1 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

### Part II—Written Statement of Reasons for Detention

I find that the credible testimony and information submitted at the hearing establishes by  X clear and convincing evidence  ☐ a preponderance of the evidence  that

Based on the parties' proffers relating to detention, the testimony of Defendant's father, the indictment, and the report of the Probation Office, and for the reasons further described by the Court at the conclusion of the detention hearing of October 31, 2007, the Court finds by clear and convincing evidence that no combination of conditions could reasonably assure the safety of the community between now and the time of trial.
The Court has reached these conclusions based on, among other things as referenced above, the following findings and for the following reasons:

the nature and circumstances of the offense: the Defendant is accused of being a felon in possession of a firearm, a felon in possession of ammunition, and having unlawful possession of an unregistered sawed-off shotgun. The Defendant allegedly committed these offenses on or about August 14, 2007, and was arrested as a result of a police investigation into three shootings that had occurred during the preceding week at or around the Defendant's ex-girlfriend's residence (1st and 3rd incidents) or Defendant's residence (2nd shooting). The Defendant's possession of a sawed-off shotgun and ammunition plainly posed a potential for violence.

the weight of the evidence: is extremely strong. The government proffered that ammunition was initially found in a vehicle that the Defendant had previously admitted was his, to which only the Defendant and his father had access (and that the father has stated he was unaware there was ammunition or a firearm in the vehicle). The sawed-off shotgun was found in the same vehicle; additional ammunition was found in the Defendant's residence. The Defendant admitted to law enforcement that the sawed-off shotgun and at least some of the ammunition belonged to him. The government further proffered that an ex-girlfriend of the Defendant had on at least one occasion seen one or more firearms at the Defendant's residence.

✎ AO 472  (Rev. 12/03)  Order of Detention Pending Trial

the history and characteristics of the Defendant: the Defendant has a 2004 conviction for assault second degree, arising from his stabbing a victim with a knife five times. He also has convictions for underage possession or consumption of alcohol and DUI which, combined with the involvement of alcohol or drugs in connection with the assault conviction, suggests a potential of alcohol abuse. The Defendant has long-term ties to the community, a good employment history, is in good physical and mental health, and has very strong family ties, especially to his father, with whom the Defendant has resided and who offered to be a third-party custodian.

the nature and seriousness of the danger to the community that would be posed by the Defendant's release: the Defendant's alleged possession of a sawed-off shotgun and ammunition, combined with the violent history exhibited at least in connection with his assault conviction and his potential alcohol abuse, would pose a serious danger to the community if the Defendant is not detained. The Court does not believe any combination of release conditions could reasonably assure the safety of the community.

### Part III—Directions Regarding Detention

The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States marshal for the purpose of an appearance in connection with a court proceeding.

_November 1, 2007_
_____
Date

_____
*Signature of Judge*

**Leonard P. Stark U.S. Magistrate**
*Name and Title of Judge*

*Insert as applicable: (a) Controlled Substances Act (21 U.S.C. § 801 *et seq.*); (b) Controlled Substances Import and Export Act (21 U.S.C. § 951 *et seq.*); or (c) Section 1 of Act of Sept. 15, 1980 (21 U.S.C. § 955a).