AO 442    (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____ DELAWARE

UNITED STATES OF AMERICA

V.

RAHEEM JACKSON,

**WARRANT FOR ARREST**

Case Number:  07-141-UNA

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ RAHEEM JACKSON _____

Name

*FILED 2007 OCT 26 AM 9:27 CLERK, U.S. DISTRICT COURT DISTRICT OF DELAWARE*

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

X Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice

charging him or her with  (brief description of offense)
COUNT I - BEING A FELON IN POSSESSION OF A FIREARM
COUNT II - BEING A FELON IN POSSESSION OF AMMUNITION
COUNT III - POSSESSION OF AN UNREGISTERED FIREARM

in violation of Title  __18, 18, and 26__  United States Code, Section(s)  _____922(g)(1), 922(g)(1), and 5861(d) and 5871_____

| | | |
|---|---|---|
| PETER T. DALLEO | *(signature)* | Deputy Clerk |
| Name of Issuing Officer | Signature of Issuing Officer | |
| CLERK OF COURT | 10/23/07    at  WILMINGTON, DE | |
| Title of Issuing Officer | Date and Location | |

FILED
OCT 2 6 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED 10/25/07 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 10/25/07 | PATRICK W. Fyock | *(signature)* |