IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 07-cr-141-JJF |
| RAHEEM JACKSON, | : |
| Defendant. | : |

## MOTION AND ORDER TO DISMISS

NOW COMES the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Lesley F. Wolf, Assistant United States Attorney for the District of Delaware, and hereby moves this Honorable Court to dismiss Counts II and III of the Indictment in this matter dated October 23, 2007.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

By: _____
Lesley F. Wolf
Assistant United States Attorney

Dated: January 11, 2008

IT IS SO ORDERED this 11 day of January, 2008.

_____
HONORABLE JOSEPH J. FARNAN, JR.
United States District-Judge

FILED
JAN 11 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE